## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **BRANDON DREWRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   1:16-cv-00075-GZS |
| | ) | |
| **MAINE DEPARTMENT OF CORRECTIONS,** | ) ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15) filed March 4, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's Motion to Amend Complaint (ECF No. 11) is **GRANTED**.

(2) Defendants Maine Department of Corrections, Joseph Fitzpatrick, Rodney Bouffard, Kevin Court, Unit Manager Mendez, John Doe and Jane Doe are hereby **DISMISSED** without service of process based on the review and analysis described in the Recommended Decision.

  /s/ George Z. Singal            
United States District Judge

Dated this 30th day of March, 2016.