UNITED STATES DISTRICT COURT
District of Maine

BRANDON DREWRY,                )
                               )
    Plaintiff             )
                               )
v.                             )   No. 1:16-cv-00075-GZS
                               )
MAINE DEPARTMENT OF            )
CORRECTIONS, et al             )
                               )
    Defendants            )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 13, 2017, his Recommended Decision (ECF No. 143). Plaintiff filed his Objection to the Recommended Decision (ECF No. 152) on January 11, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Compel Discovery (ECF No. 97) is hereby **DENIED**.

3. It is hereby **ORDERED** that Defendant's Second Motion for Summary Judgment (ECF No. 87) is hereby **GRANTED**.

4. Judgment is hereby entered in favor of Defendants Abbott, Ross, Staples, Averill and Court.

5. It is **ORDERED** that Plaintiff's Renewed Motion to Stay (ECF No. 153) is **MOOT**.

/s/George Z. Singal  
U.S. District Judge

Dated this 25th day of January, 2018.